**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00508-CR

### LENNIE EARBIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-80478-2012**

## ORDER

We note that this case involves appellant's conviction for continuous sexual abuse of a child. Appellant's brief identifies the child using the child's full name. Accordingly, we **STRIKE** appellant's brief and order it redrawn to use only the child's initials. We **ORDER** appellant to file his amended brief within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Piper McCraw and the Collin County District Attorney's Office.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE